IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ADAM LANE                                                                                           PLAINTIFF

v.                          Civil No.2:17-CV-02172

DEPUTY HOPPER (Deputy Bailiff,                                                       DEFENDANT
Sebastian County Sheriff's Office)

## JUDGMENT

For the reasons stated in the Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 10th day of December 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE